IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 126,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN LIGHTING AND SIGNALIZATION, LLC,<br><br>*Defendant*. | Civil Action<br><br>No. 22-cv-4446 |

### ORDER

**AND NOW**, this 16th day of August, 2023, upon consideration of Defendant's motion to dismiss for failure to state a claim (ECF No. 11), Plaintiff's motion to remand for lack of jurisdiction (ECF No. 13), and the responses and replies thereto, and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Plaintiff's motion to remand for lack of jurisdiction (ECF No. 13) is **GRANTED**.

2. Defendant's motion to dismiss for failure to state a claim (ECF No. 11) is **DENIED WITHOUT PREJUDICE**.

3. This case is **REMANDED** to the Court of Common Pleas of Philadelphia County.

4. The Clerk of Court shall mark this case closed.

BY THE COURT:


 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1